11427609

~~NOT FOR PUBLIC VIEW~~

RECEIVED
U.S. MARSHALS S/CA

2022 MAY 24 AM 9: 04

# UNITED STATES DISTRICT COURT

### for the

### Southern District of California

| United States of America | | |
|---|---|---|
| v. | | ) |
| | | ) |
| | | ) |
| | | ) |
| JOHNATHAN RYAN MCGUIRE | | ) |
| *Defendant* | | ) |

~~SEALED~~

ORDERED UNSEALED on **05/31/2022   s/ AmyC**

Case No.   **'22  MJ1853**

# FILED

MAY 3 1 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHNATHAN RYAN MCGUIRE                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

On or about May 3, 2022, JOHNATHAN RYAN MCGUIRE, knowing and willfully transmitted threat to injure individuals in
interstate commerce, within the Southern District of California, in violation of 18 U.S.C. 875(c).

DATE: _____5/27/2022_____
ARRESTED BY: _____FBI_____

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____Bio_____

Date:     05/23/2022                                          *Issuing officer's signature*

City and state:     San Diego, California                   Hon. Andrew G. Schopler, U.S. Magistrate Judge
                                                             *Printed name and title*



---

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| |
| Date: _____                                          _____ |
|                                                                 *Arresting officer's signature* |
| |
|                                                                 _____ |
|                                                                 *Printed name and title* |